Feb 9th 2015

FROM: Juan Alberto Estrada
TO: Court of Criminal Appeals Justices
SUBJ: P.D. 1412-14, Inquire Request for Relief.
VIA: Clerk of the Court.

Good day

I was given A time frame to file A. P.D.R by December 15, 2014... On a letter on white card from this Court dated 10/17/2014... I mailed my P.D.R. request on the 10th day of December 2014.. by placeing it in the Units Mail Box. - Also included was A Cover letter, Copy of my Birth cirtificate and A copy of A 9 page letter sent to the D.A's office in Dallas Texas... Which admitted this Conviction is VOID, and fraud took place in order to Convict me -----

Under the law the conviction in f9326578-PJ, which has me incarcerated, is VOID! Why hasn't this Court Acted? Please recheck your mail for my P.D.R. request and take Action to have me immediately released... It should be obvious to the Court that the County of Dallas And State of Texas, has me illegally incarcerated!        Without prejudice UCC 1-207

Juan Alberto Estrada

The State won't Acknowledge
My legal Birth Name & title
Address to Reach me is -
John Estrada
Huntsville Unit
815, 12th Street
Huntsville Texas 77348
Copy to file
                Please Reply!

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk

1 of 7 cover letter